

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00166-CV
## No. 10-18-00049-CV

**DOUBLE DIAMOND, INC.,**

                                                            **Appellant**

**v.**

**WHITE BLUFF PROPERTY OWNERS ASSOCIATION, INC.,**
                                                            **Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court Nos. 53310-A and 53310-B

## MEMORANDUM OPINION

Appellant, Double Diamond, Inc., and appellee, White Bluff Property Owners Association, Inc., have informed this Court that they have settled their disputes in appellate cause numbers 10-17-00166-CV and 10-18-00049-CV. Accordingly, the parties have filed joint motions in both appellate cause numbers. *See* TEX. R. APP. P. 42.1(a)(2). Specifically, in both appellate cause numbers, the parties filed "Joint Motion[s] for Disposition Pursuant to Settlement Agreement," requesting that we: (1) lift the

abatement of the appeals; (2) set aside the trial court's final judgments in trial court cause numbers 53310-A and 53310-B; (3) render judgment dismissing all claims, with each party to bear their own costs of court; (4) order that all costs on appeal shall be borne by the party or parties incurring same; and (5) order that this Court's mandate in both appeals shall issue immediately.

"While we cannot both vacate the trial court's judgment and dismiss the appeal, the appellate rules allow us to render judgment vacating the trial court's judgment and dismissing the case, whether that rendition occurs after we consider the merits of the appeal or in effectuating the parties' settlement agreement." *Braums, Inc. v. Sifuentes*, No. 02-16-00001-CV, 2016 Tex. App. LEXIS 1988, at *1 (Tex. App.—Fort Worth Feb. 25, 2016, no pet.) (mem. op.) (footnotes omitted) (collecting cases); *see* TEX. R. APP. P. 42.1(a)(2)(A), (B), 43.2(e), (f). Accordingly, we grant the parties' joint motions in appellate cause numbers 10-17-00166-CV and 10-18-00049-CV. As such, we lift the abatement in these cases, and without regard to the merits and effectuating the parties' settlement agreement, we vacate and set aside the trial court's final judgments in trial court cause numbers 53310-A and 53310-B, and dismiss these cases with prejudice. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e); *see also Sifuentes*, 2016 Tex. App. LEXIS 1988, at *1 & n.8.

Relying on the parties' settlement agreement, as articulated in the parties' joint motion in each case, we order that each party bear their own costs of court and the costs of these appeals shall be paid by the party incurring same. *See* TEX. R. APP. P.

42.1(a)(2)(A), (d), 43.4.  And furthermore, we order that this Court's mandate in each of these cases shall issue immediately.

<br>

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motions granted; cases dismissed
Opinion delivered and filed December 19, 2018
[CV06]

